■ In the Matter of YOLANDE D. BUCKLEY et al., Appellants.
WILD OAKS PARKS, INC., et al., Respondents.—Judgment of the
Supreme Court, Westchester County, entered January 27,
1984, affirmed, insofar as appealed from, with costs to respon-
dent Galine Doraffourd payable by appellants, for reasons
stated in the decision of Justice Burchell at Special Term.
Lazer, J. P., Gibbons, Thompson and Kunzeman, JJ., concur.

■ In the Matter of CATHERINE DUKELOW, Appellant, v
JOHN C. LUM, as Director of the Harlem Valley Center Divi-
sion of Youth, et al., Respondents.—In a proceeding pursuant
to CPLR article 78 to review a determination of the respon-
dent Lum terminating petitioner's employment at the Harlem
Valley Center Division of Youth and to reinstate her to that
position with back pay, benefits and accruals, petitioner ap-
peals from a judgment of the Supreme Court, Dutchess
County (Rosenblatt, J.), entered March 9, 1984, which dis-
missed her petition on the merits.

Judgment affirmed, with costs.

Inasmuch as there was a rational basis for the determina-
tion dismissing the petitioner, a probationary employee who
had been on medical leave without pay for some five months
prior to the termination of her employment, the determina-
tion sought to be reviewed was neither arbitrary nor capri-
cious (*see, Matter of Talamo v Murphy,* 38 NY2d 637, 639).
Nor is there any support for petitioner's contention that there
was a discriminatory motive for her discharge in contraven-
tion of Executive Law § 296 (*see, Matter of Miller v Ravitch,*
60 NY2d 527, 532) since the record indicates that she was not
reasonably able to perform the duties of the subject position.
Brown, J. P., Weinstein, Niehoff and Lawrence, JJ., concur.